**SAO**
ADAM K. BULT, ESQ., Nevada Bar No. 9332
abult@bhfs.com
LAURA B. LANGBERG, ESQ., Nevada Bar No. 10516
llangberg@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

*Attorneys for Defendant Enwave Las Vegas LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| VENETIAN CASINO RESORT, LLC, a Nevada limited liability company, | CASE NO.: 2:19-cv-01197-JCM-CWH |
| Plaintiff, | |
| v. | **[PROPOSED]** **STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT** |
| ENWAVE LAS VEGAS LLC, a Delaware limited liability company, | |
| Defendants | |

Plaintiff VENETIAN CASINO RESORTS, LLC ("Plaintiff"), a Nevada limited liability company, by and through its attorneys of record, Michael N. Feder, Esq. of Dickinson Wright, PLLC and Peter Guirguis, Esq. and Scott Klein, Esq. of Mintz Gold, LLP and Defendant ENWAVE LAS VEGAS LLC ("Enwave"), a Delaware limited liability company, by and through its attorneys of record, Adam K. Bult, Esq., and Laura B. Langberg, Esq. of Brownstein Hyatt Farber Schreck, LLP, hereby stipulate and agree that Enwave is allowed up to and including

/ / /

/ / /

/ / /

September 3, 2019, to file its responsive pleading to the Complaint in the above-captioned matter.

DATED this 23rd day of July, 2019.

DATED this 23rd day July, 2019.

BROWNSTEIN HYATT FARBER
SCHRECK, LLP

_/s/ Adam K. Bult_
ADAM K. BULT, ESQ.
abult@bhfs.com
LAURA B. LANGBERG, ESQ.
llangberg@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

_Attorneys for Defendant Enwave Las
Vegas LLC_

_/s/ Peter Guirguis_
MICHAEL N. FEDER, ESQ.
mfeder@dickinson-wright.com
DICKINSON WRIGHT PLLC
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113
Telephone: (702) 550-4400
Facsimile: (884) 670-6009

PETER GUIRGUIS, ESQ.
guirguis@mintzandgold.com
SCOTT KLEIN, ESQ.
klein@mintzandgold.com
MINTZ & GOLD, LLP
600 Third Avenue
New York, NY 10016
Telephone: (212) 696-4848
Facsimile: (212) 696-1231

_Attorneys for Plaintiff
Venetian Casino Resort, LLC_

## **ORDER**

Having reviewed the stipulation of the parties, and good cause appearing,

IT IS SO ORDERED.

DATED: _ July 25, 2019 _____

_____
UNITED STATES MAGISTRATE JUDGE

BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
702.382.2101