**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER (Nevada Bar No. 7332)
Email: mfeder@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009

**MINTZ & GOLD, LLP**
PETER GUIRGUIS (Admitted Pro Hac Vice)
Email: guirguis@mintzandgold.com
SCOTT KLEIN (Admitted Pro Hac Vice)
Email: klein@mintzandgold.com
600 Third Avenue
New York, NY 10016
Tel: (212) 696-4848
Fax: (212) 696-1231

*Attorneys for Plaintiff/Counterdefendant Venetian Casino Resort, LLC and Counterdefendant Interface Group-Nevada, Inc.*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| VENETIAN CASINO RESORT, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ENWAVE LAS VEGAS LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 2:19-cv-01197-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS**<br><br>(FIRST REQUEST) |
| ENWAVE LAS VEGAS LLC, a Delaware limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>VENETIAN CASINO RESORT, LLC, a Nevada limited liability company, and INTERFACE GROUP-NEVADA, INC., a Nevada corporation,<br><br>Counterdefendants. | |

Plaintiff-Counterdefendant VENETIAN CASINO RESORTS, LLC ("Venetian"), a Nevada limited liability company, and Counterdefendant INTERFACE GROUP-NEVADA, INC.

1

19762328

("Interface"), by and through their attorneys of record, Michael N. Feder, Esq. of Dickinson Wright, PLLC and Peter Guirguis, Esq. and Scott Klein, Esq. of Mintz Gold, LLP, and Defendant-Counterclaimant ENWAVE LAS VEGAS LLC ("Enwave"), a Delaware limited liability company, by and through its attorneys of record, Adam K. Bult, Esq., and Laura B. Langberg, Esq. of Brownstein Hyatt Farber Schreck, LLP, and Matthew A. Woolf, Esq., of Baker Donelson Bearman Caldwell & Berkowitz, PC, hereby stipulate and agree that the time for Venetian and Interface to respond to Enwave's Counterclaims is extended to October 25, 2019. This is the first request to extend the deadline for Venetian and Interface to respond to Enwave's Counterclaims, and the parties submit that good cause exists for this extension and that it is not intended for purposes of delay.

DATED this 20th day of September 2019.  DATED this 20th day September, 2019.

DICKINSON WRIGHT PLLC  BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Michael N. Feder
MICHAEL N. FEDER
mfeder@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113-2210

MINTZ & GOLD, LLP
PETER GUIRGUIS
guirguis@mintzandgold.com
SCOTT KLEIN
klein@mintzandgold.com
600 Third Avenue
New York, NY 10016
*Attorneys for Plaintiff/Counterdefendant Venetian Casino Resort, LLC and Counterdefendant Interface Group-Nevada, Inc.*

/s/ Adam K. Bult
ADAM K. BULT, ESQ.
abult@bhfs.com
LAURA B. LANGBERG, ESQ.
llangberg@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
MATTHEW A. WOOLF, ESQ. (Pro Hac Vice Pending)
mwoolf@bakerdonelson.com
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
*Attorneys for Defendant-Counterclaimant Enwave Las Vegas LLC*

## ORDER

Having reviewed the stipulation of the parties, and good cause appearing,

IT IS SO ORDERED.

_____
Daniel J. Albregts
United States Magistrate Judge

2



19762328