**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER (Nevada Bar No. 7332)
Email: mfeder@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, Nevada 89113-2210
Tel: (702) 550-4400
Fax: (844) 670-6009

**MINTZ & GOLD, LLP**
PETER GUIRGUIS (Admitted Pro Hac Vice)
Email: guirguis@mintzandgold.com
SCOTT KLEIN (Admitted Pro Hac Vice)
Email: klein@mintzandgold.com
600 Third Avenue
New York, NY 10016
Tel: (212) 696-4848
Fax: (212) 696-1231

*Attorneys for Plaintiff/Counterdefendant Venetian Casino Resort, LLC and Counterdefendant Interface Group-Nevada, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VENETIAN CASINO RESORT, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ENWAVE LAS VEGAS LLC, a Delaware limited liability company,<br><br>Defendant.<br>_____<br>ENWAVE LAS VEGAS LLC, a Delaware limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>VENETIAN CASINO RESORT, LLC, a Nevada limited liability company, and INTERFACE GROUP-NEVADA, INC., a Nevada corporation,<br><br>Counterdefendants. | Case No. 2:19-cv-01197-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO COUNTERCLAIMS AND MOTION TO INTERVENE**<br><br>(SECOND/FIRST REQUEST) |

Plaintiff-Counterdefendant VENETIAN CASINO RESORTS, LLC ("Venetian"), a Nevada limited liability company, and Counterdefendant INTERFACE GROUP-NEVADA, INC.



1

("Interface"), by and through their attorneys of record, Michael N. Feder, Esq. of Dickinson Wright, PLLC and Peter Guirguis, Esq. and Scott Klein, Esq. of Mintz Gold, LLP, Defendant-Counterclaimant ENWAVE LAS VEGAS LLC ("Enwave"), a Delaware limited liability company, by and through its attorneys of record, Adam K. Bult, Esq., and Emily A. Ellis, Esq. of Brownstein Hyatt Farber Schreck, LLP, and Proposed Intervenor/Counterclaimant Grand Canal Shops II, LLC ("GCS"), a Delaware limited liability company, by and through their attorneys of record, Nicholas J. Santoro, Esq. and James E. Whitmire, Esq. of Santoro Whitmire hereby stipulate and agree that the time for Venetian and Interface to respond to Enwave's Counterclaims and GCS's Motion to Intervene (filed on October 9, 2019) is extended to November 26, 2019. This is the second request to extend the deadline for Venetian and Interface to respond to Enwave's Counterclaims and this is the first request to extend the deadline for Venetian and Interface to respond to Proposed Intervenor/Counterclaimants Motion to Intervene and Counterclaims and the parties submit that good cause exists for this extension and that it is not intended for purposes of delay.

DATED this 18th day of October 2019.

DICKINSON WRIGHT PLLC

*/s/ Michael N. Feder*
MICHAEL N. FEDER
mfeder@dickinson-wright.com
8363 West Sunset Road, Suite 200
Las Vegas, NV 89113-2210

MINTZ & GOLD, LLP
PETER GUIRGUIS
guirguis@mintzandgold.com
SCOTT KLEIN
klein@mintzandgold.com
600 Third Avenue
New York, NY 10016

*Attorneys for Plaintiff/Counterdefendant Venetian Casino Resort, LLC and Counterdefendant Interface Group-Nevada, Inc.*

DATED this 18th day October 2019.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

*/s/ Emily A. Ellis*
ADAM K. BULT
abult@bhfs.com
EMILY A. ELLIS
eellis@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Defendant-Counterclaimant Enwave Las Vegas LLC*



DATED this 18th day October 2019.

SANTORO WHITMIRE

*/s/ James E. Whitmire*
NICHOLAS J. SANTORO
nsantoro@santoronevada.com
JAMES E. WHITMIRE
jwhitmire@santoronevada.com
10100 W. Charleston Blvd., Suite 250
Las Vegas, NV 89135

*Attorneys for Proposed Intervenor/
Counterclaimant Grand Canal
Shops II, LLC*

## ORDER

Having reviewed the stipulation of the parties, and good cause appearing,

IT IS SO ORDERED.

HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

DATED: October 29, 2019

