NICHOLAS J. SANTORO, ESQ.
Nevada Bar No. 0532
JAMES E. WHITMIRE, ESQ.
Nevada Bar No. 6533
**SANTORO WHITMIRE**
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135
Tel.: (702) 948-8771 / Fax: (702) 948-8773
Email: nsantoro@santoronevada.com
       jwhitmire@santoronevada.com
*Attorneys for Intervenor-Defendant/Counterclaimant
Grand Canal Shops II, LLC*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| VENETIAN CASINO RESORT, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ENWAVE LAS VEGAS LLC, a Delaware limited liability company,<br><br>Defendant.<br><hr>ENWAVE LAS VEGAS LLC, a Delaware limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>VENETIAN CASINO RESORT, LLC, a Nevada limited liability company, and INTERFACE GROUP-NEVADA, INC., a Nevada corporation,<br><br>Counterdefendants. | Case No. 2:19-cv-01197-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO REPLY TO VENETIAN CASINO RESORT, LLC AND INTERFACE GROUP-NEVADA, INC'S OPPOSITION TO MOTION TO INTERVENE**<br><br>**(FIRST REQUEST)** |

Plaintiff-Counterdefendant VENETIAN CASINO RESORTS, LLC ("Venetian"), a Nevada limited liability company, and Counterdefendant INTERFACE GROUP-NEVADA,

INC. (Interface"), by and through their attorneys of record, Michael N. Feder, Esq. of Dickinson Wright, PLLC and Peter Guirguis, Esq. and Scott Klein, Esq. of Mintz Gold, LLP, Defendant-Counterclaimant ENWAVE LAS VEGAS LLC ("Enwave"), a Delaware limited liability company, by and through its attorneys of record, Adam K. Bult, Esq., and Emily A. Ellis, Esq. of Brownstein Hyatt Farber Schreck, LLP, and Proposed Intervenor/Counterclaimant Grand Canal Shops II, LLC ("GCS"), a Delaware limited liability company, by and through their attorneys of record, Nicholas J. Santoro, Esq. and James E. Whitmire, Esq. of Santoro Whitmire hereby stipulate and agree that the time for GCS to respond to Venetian and Interface's Opposition to GCS's Motion to Intervene (filed on November 26, 2019) is extended to December 17, 2019. This is the first request to extend the deadline for GCS to reply to Venetian and Interface's Opposition to GCS's Motion to Intervene and the parties submit that good cause exists for this extension and that it is not intended for purposes of delay.

DATED this 27th day of November, 2019.                DATED this 27th day November, 2019.

DICKINSON WRIGHT PLLC                                 SANTORO WHITMIRE

*/s/ Michael N. Feder*                                */s/ James E. Whitmire*
MICHAEL N. FEDER                                      NICHOLAS J. SANTORO
mfeder@dickinson-wright.com                           nsantoro@santoronevada.com
8363 West Sunset Road, Suite 200                      JAMES E. WHITMIRE
Las Vegas, NV  89113-2210                             jwhitmire@santoronevada.com
                                                      10100 W. Charleston Blvd., Suite 250
MINTZ & GOLD, LLP                                     Las Vegas, NV  89135
PETER GUIRGUIS
guirguis@mintzandgold.com                             *Attorneys for Proposed Intervenor/*
SCOTT KLEIN                                           *Counterclaimant Grand Canal*
klein@mintzandgold.com                                *Shops II, LLC*
600 Third Avenue
New York, NY 10016

*Attorneys for Plaintiff/Counterdefendant*
*Venetian Casino Resort, LLC and*
*Counterdefendant Interface Group-Nevada,*
*Inc.*

DATED this 27th day of November, 2019.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

*/s/ Emily A. Ellis*
ADAM K. BULT
abult@bhfs.com
EMILY A. ELLIS
eellis@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

*Attorneys for Defendant-Counterclaimant Enwave Las Vegas LLC*

## **ORDER**

Having reviewed the stipulation of the parties, and good cause appearing,

IT IS SO ORDERED.

Dated this 3rd day of December, 2019.

_____
Daniel J. Albregts
United States Magistrate Judge