**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER (Nevada Bar No. 7332)
Email: mfeder@dickinson-wright.com
3883 Howard Hughes Pkwy., Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009

**MINTZ & GOLD, LLP**
PETER GUIRGUIS (Admitted Pro Hac Vice)
Email: guirguis@mintzandgold.com
SCOTT KLEIN (Admitted Pro Hac Vice)
Email: klein@mintzandgold.com
600 Third Avenue
New York, NY 10016
Tel: (212) 696-4848
Fax: (212) 696-1231

*Attorneys for Plaintiff/Counterdefendant Venetian Casino Resort, LLC and Counterdefendant Interface Group-Nevada, Inc.*

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| VENETIAN CASINO RESORT, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ENWAVE LAS VEGAS LLC, a Delaware limited liability company,<br><br>Defendant.<br>_____<br>ENWAVE LAS VEGAS LLC, a Delaware limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>VENETIAN CASINO RESORT, LLC, a Nevada limited liability company, and INTERFACE GROUP-NEVADA, INC., a Nevada corporation,<br><br>Counterdefendants. | Case No. 2:19-cv-01197-JCM-DJA<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO RESPOND TO MOTION FOR PARTIAL SUMMARY JUDGMENT**<br><br>(FIRST REQUEST) |

Plaintiff-Counterdefendant VENETIAN CASINO RESORTS, LLC ("Venetian"), a Nevada limited liability company, and Counterdefendant INTERFACE GROUP-NEVADA, INC.



1

("Interface"), by and through their attorneys of record, Michael N. Feder, Esq. of Dickinson Wright, PLLC and Peter Guirguis, Esq. and Scott Klein, Esq. of Mintz Gold, LLP, Defendant-Counterclaimant ENWAVE LAS VEGAS LLC ("Enwave"), a Delaware limited liability company, by and through its attorneys of record, Adam K. Bult, Esq., and Emily A. Ellis, Esq. of Brownstein Hyatt Farber Schreck, LLP, hereby stipulate and agree that the time for Venetian and Interface to respond to Enwave's Motion to Partial Summary Judgment (filed on June 19, 2020) is extended to July 31, 2020 and the time for Enwave to reply is August 14, 2020. This is the first request to extend the deadline for Venetian and Interface to respond to Enwave's Motion for Partial Summary Judgment and the parties submit that good cause exists for this extension and that it is not intended for purposes of delay.

DATED this 26th day of June 2020.

DICKINSON WRIGHT PLLC

/s/ *Michael N. Feder*
MICHAEL N. FEDER
3883 Howard Hughes Pkwy., Suite 800
Las Vegas, NV 89169

MINTZ & GOLD, LLP
PETER GUIRGUIS
SCOTT KLEIN
600 Third Avenue
New York, NY 10016

*Attorneys for Plaintiff/Counterdefendant Venetian Casino Resort, LLC and Counterdefendant Interface Group-Nevada, Inc.*

DATED this 26th day June 2020.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ *Emily A. Ellis*
ADAM K. BULT
EMILY A. ELLIS
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614

BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ PC
MATTHEW A. WOOLF
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
(*Pro Hac Vice* Pending)

*Attorneys for Defendant-Counterclaimant Enwave Las Vegas LLC*

## ORDER

Having reviewed the stipulation of the parties, and good cause appearing,

IT IS SO ORDERED  June 26, 2020.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT JUDGE

