ADAM K. BULT, ESQ., Nevada Bar No. 9332
abult@bhfs.com
EMILY A. ELLIS, ESQ., Nevada Bar No. 11956
eellis@bhfs.com
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135

MATTHEW A. WOOLF, ESQ. (*Pro Hac Vice*)
mwoolf@bakerdonelson.com
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170
Telephone: 504.566.5200
Facsimile: 504.636.4000

*Attorneys for Defendant/Counterclaimant*
*Enwave Las Vegas LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| VENETIAN CASINO RESORT, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ENWAVE LAS VEGAS LLC, a Delaware limited liability company,<br><br>Defendant. | CASE NO.: 2:19-cv-01197-JCM-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF TIME FOR ENWAVE LAS VEGAS LLC TO RESPOND TO INTERVENOR-DEFENDANT/ COUNTERCLAIMANT GRAND CANAL SHOPS II, LLC'S COUNTERCLAIM** |
| ENWAVE LAS VEGAS LLC, a Delaware limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>VENETIAN CASINO RESORT, LLC, a Nevada limited liability company, and INTERFACE GROUP-NEVADA, INC., a Nevada corporation,<br><br>Counterdefendants. | **[FIRST REQUEST]** |

1

22160372.4

| | |
|---|---|
| 1 | GRAND CANAL SHOPS II, LLC, a Delaware limited liability company, |
| 2 | |
| 3 | Counterclaimant, |
| 4 | v. |
| 5 | VENETIAN CASINO RESORT, LLC, a Nevada limited liability company, |
| 6 | Counterdefendant. |

Defendant/Counterclaimant ENWAVE LAS VEGAS LLC ("Enwave"), by and through its counsel of record the law firm of Brownstein Hyatt Farber Schreck, LLP and Baker Donelson Bearman Caldwell & Berkowitz, PC; Plaintiff/Counter Defendant VENETIAN CASINO RESORT, LLC ("Venetian") and Counter Defendant INTERFACE GROUP-NEVADA, INC. ("Interface"), by and through their counsel of record the law firm of Dickinson Wright PLLC and Mintz & Gold, LLP; and Intervenor/Defendant/Counterclaimant GRAND CANAL SHOPS II, LLC ("GCS"), by and through its counsel of record the law firm of Santoro Whitmire (hereinafter collectively "the Parties"), hereby stipulate and agree pursuant to Local Rule 7-1 and Local Rule IA 6-1 to extend the current deadline of February 1, 2021, for Enwave to file its response to GCS's Counterclaim (filed on January 11, 2021) (ECF No. 68) as follows:

1. On January 11, 2021, GCS filed its Counterclaim against Enwave (ECF No. 68);

2. Enwave's response to GCS's Counterclaim is currently due February 1, 2021;

3. Enwave sought an extension of this deadline and, as a professional courtesy, the Parties have agreed to briefly extend the deadline for Enwave's response to GCS's Counterclaim; and

4. Accordingly, the Parties hereby stipulate, subject to this Court's approval, that the deadline for Enwave to respond to GCS's Counterclaim is extended to **February 11, 2021**, and request that the Court enter an order providing the same. This is the first request to extend the deadline for Enwave to respond to GCS's Counterclaim, and the Parties submit that good cause exists for this extension and that it is not intended for purposes of delay.

. . .

. . .

22160372.4

DATED: February 1, 2021.

DICKINSON WRIGHT PLLC

BY: */s/ Michael N. Feder*
MICHAEL N. FEDER, ESQ.
mfeder@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, NV 89169

PETER GUIRGUIS, ESQ.
guirguis@mintzandgold.com
SCOTT KLEIN, ESQ.
klein@mintzandgold.com
MINTZ & GOLD, LLP
600 Third Avenue
New York, NY 10016

*Attorneys for Plaintiff/Counterdefendant Venetian Casino Resort, LLC*

DATED: February 1, 2021.

SANTORO WHITMIRE

BY: */s/ James E. Whitmire*
NICHOLAS J. SANTORO, ESQ.
nsantoro@santoronevada.com
JAMES E. WHITMIRE, ESQ>
jwhitmire@santoronevada.com
10100 W. Charleston Blvd., Suite 250
Las Vegas, N 89135

*Attorneys for Intervenor-Defendant/Counter claimant Grand Canal Shops II, LLC*

DATED: February 1, 2021.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

BY: */s/ Emily A. Ellis*
ADAM K. BULT, ESQ.
abult@bhfs.com
EMILY A. ELLIS, ESQ.
eellis@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614

MATTHEW A. WOOLF, ESQ.
(*Pro Hac Vice*)
mwoolf@bakerdonelson.com
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

*Attorneys for Defendant/Counterclaimant Enwave Las Vegas LLC*

ORDER

**IT IS SO ORDERED**

**DATED:** 4:50 pm, February 08, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

3
22160372.4

Respectfully submitted by:

**BROWNSTEIN HYATT FARBER SCHRECK, LLP**


BY: */s/ Emily A. Ellis*
ADAM K. BULT, ESQ.
abult@bhfs.com
EMILY A. ELLIS, ESQ.
eellis@bhfs.com
100 North City Parkway, Suite 1600
Las Vegas, NV  89106-4614

MATTHEW A. WOOLF, ESQ.
(*Pro Hac Vice*)
mwoolf@bakerdonelson.com
BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ, PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

*Attorneys for Defendant/Counterclaimant Enwave Las Vegas LLC*

22160372.4