1  **DICKINSON WRIGHT PLLC**
   MICHAEL N. FEDER (Nevada Bar No. 7332)
2  Email: mfeder@dickinson-wright.com
   3883 Howard Hughes Parkway, Suite 800
3  Las Vegas, Nevada 89169
   Tel: (702) 550-4400
4  Fax: (844) 670-6009

5  **MINTZ & GOLD, LLP**
   PETER GUIRGUIS (Admitted Pro Hac Vice)
6  Email: guirguis@mintzandgold.com
   SCOTT KLEIN (Admitted Pro Hac Vice)
7  Email: klein@mintzandgold.com
   600 Third Avenue
8  New York, NY 10016
   Tel: (212) 696-4848
9  Fax: (212) 696-1231

10 *Attorneys for Venetian Casino Resort, LLC and Interfact Group-Nevada, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VENETIAN CASINO RESORT, LLC, a Nevada limited liability company, | Case No. 2:19-cv-01197-JCM-DJA |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME FOR VCR AND INTERFACE TO RESPOND TO GCS'S AMENDED COUNTERCLAIM** |
| v. | |
| ENWAVE LAS VEGAS LLC, a Delaware limited liability company, | |
| Defendant. | |
| | |
| ENWAVE LAS VEGAS LLC, a Delaware limited liability company, | **[SECOND REQUEST]** |
| Counterclaimant, | |
| v. | |
| VENETIAN CASINO RESORT, LLC, a Nevada limited liability company, and INTERFACE GROUP-NEVADA, INC., a Nevada corporation, | |
| Counterdefendants. | |



1

| | |
|---|---|
| GRAND CANAL SHOPS II, LLC, a Delaware limited liability company, | |
| Counterclaimant, | |
| v. | |
| VENETIAN CASINO RESORT, LLC, a Nevada limited liability company | |
| Counterdefendant.[1] | |

Plaintiff/Counterdefendant VENETIAN CASINO RESORT, LLC, ("VCR") and Counterdefendant INTERFACE GROUP-NEVADA, INC. ("Interface," collectively with VCR, "Venetian Parties"), by and through their counsel of record the law firms of Dickinson Wright PLLC and Mintz & Gold, LLP, Defendant/Counterclaimant ENWAVE LAS VEGAS LLC ("Enwave"), by and through its counsel of record the law firms of Brownstein Hyatt Farber Schreck, LLP and Baker Donelson Bearman Caldwell & Berkowitz, PC, and Intervenor GRAND CANAL SHOPS II, LLC ("GCS"), by and through its counsel of record the law firms of King & Spalding LLP and Santoro Whitmire, hereby stipulate and agree, subject to this Court's approval, pursuant to Local Rule 7-1 and Local Rule IA 6-1 to extend (a) the deadline for Enwave to supplement its response to Venetian Parties' discovery requests (deadline for initial responses was March 22, 2021); (b) the deadline for the Venetian Parties to file a Reply in support of the Motion to Strike GCS's Counterclaim and to Revoke GCS's Intervenor Status ("Motion to Strike") (current deadline is April 13, 2021); and (c) the deadline for the Venetian Parties to file a response to GCS's Amended Counterclaim (current deadline is April 13, 2021), as follows:

1. On January 11, 2021, GCS filed its Counterclaim against Enwave (ECF No. 68);
2. On January 26, 2021, the Court approved the Parties' Stipulated Discovery Plan and Scheduling Order, providing for Enwave to respond and produce documents in response to the Venetian Parties' discovery requests by February 19, 2021 (ECF No. 72);
3. On February 1, 2021, the Parties filed a Stipulation and Proposed order for

---

[1] The Venetian Parties object to the caption as incorrectly listing VCR as the Counter Defendant.

2

Extension of time for Enwave to respond to GCS's Counterclaim (ECF No. 74) ("First Stipulation");

4. On February 1, 2021, the Venetian Parties filed a Motion to Strike GCS's Counterclaim and to Revoke GCS's Intervenor Status (ECF No. 75);

5. The Court approved the First Stipulation, providing Enwave until February 11, 2021, to respond to GCS's Counterclaim (ECF No. 76);

6. On February 10, 2021, GCS filed its Amended Counterclaim (ECF No. 77);

7. On February 16, 2021, GCS filed its Response to the Venetian Parties' Motion to Strike (ECF No. 78);

8. Enwave then requested additional time to respond and produce documents in response to the Venetian Parties' Rule 34 discovery requests and the Venetian Parties, as a professional courtesy, agreed to the same, contingent upon GCS agreeing to an extension of the deadline for the Venetian Parties to file the Reply in support of the Motion to Strike and the deadline to file any new motion to strike with respect to GCS's Amended Counterclaim, to which GCS agreed;

9. On February 23, 2021, the parties filed a stipulation and proposed order to extend (a) the deadline for Enwave to respond and produce documents in response to the Venetian Parties' Rule 34 discovery requests, and to respond to GCS's Amended Counterclaim, to March 22, 2021; (b) the deadline for the Venetian Parties to file a response to GCS's Amended Counterclaim to April 13, 2021; and (c) the deadline for the Venetian Parties to file a Reply in support of the Motion to Strike GCS's Counterclaim to April 13, 2021. (ECF No. 79);

10. On February 25, 2021, the Honorable Magistrate Judge Brenda Weksler approved the parties' February 23, 2021 stipulation (the "Stipulated Order"). (ECF No. 80.) To give the Venetian Parties the opportunity to review Enwave's document production prior to further briefing, the Stipulated Order provided for (a) Enwave to respond and produce documents in response to the Venetian Parties' Rule 34 discovery requests, and to respond to GCS's Amended Counterclaim, by March 22, 2021; (b) for the Venetian Parties to file any motion to strike GCS's

Amended Counterclaim by April 13, 2021; and (c) for the Venetian Parties to file a Reply Brief in support of its Motion to Strike by April 13, 2021;

11. On March 22, 2021, Enwave filed its Answer to GCS's Amended Counterclaim (ECF No. 83);

12. On March 22, 2021, Enwave also served responses and made a document production in response to the Venetian Parties' discovery requests;

13. On March 23, 2021, a dispute arose regarding the sufficiency of the production, which the parties believe can be resolved with additional time for Enwave to serve a supplmental production rather than involving the Court at this juncture;

14. Given the foregoing, and to give the Venetian Parties the opportunity to review Enwave's document production prior to further briefing, all parties have agreed to an extension of the deadline for Enwave to supplement its response to the Venetian Parties' Rule 34 discovery requests to April 27, 2021. The parties have also agreed to extend the Venetian Parties' deadline to file any motion to strike GCS's Amended Counterclaim (ECF No. 77) and extending the Venetian Parties' deadline to file a Reply Brief in support of its Motion to Strike to May 18, 2021 (ECF. No. 84);

15. Accordingly, all parties hereby stipulate, subject to the Court's approval, that the Venetian Parties shall file any motion to strike GCS's Amended Counterclaim by May 18, 2021. This is the second request to extend the foregoing deadlines, and all parties submit that good cause exists for these extensions and that they are not intended for purposes of delay.



| | |
|---|---|
| DATED this 23rd day of April, 2021.<br><br>DICKINSON WRIGHT PLLC<br><br>  /s/: Michael N. Feder<br>MICHAEL N. FEDER, ESQ. (NBN 7332)<br>3883 Howard Hughes Parkway, Suite 800<br>Las Vegas, Nevada 89169<br><br>PETER GUIRGUIS, ESQ. (Pro Hac Vice)<br>SCOTT KLEIN, ESQ. (Pro Hac Vice)<br>MINTZ & GOLD, LLP<br>600 Third Avenue<br>New York, NY 10016<br><br>*Attorneys for Plaintiff-Counterdefendant Venetian Casino Resort, LLC and Counterdefendant Interface Group-Nevada, Inc.* | DATED this 23rd day of April, 2021.<br><br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br><br>  /s/: Matthew A. Woolf<br>ADAM K. BULT, ESQ. (NBN 9332)<br>EMILY A. ELLIS, ESQ. (NBN 11956)<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br><br>MATTHEW A. WOOLF, ESQ.<br>(Pro Hac Vice)<br>BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ PC<br>201 St. Charles Avenue, Suite 3600<br>New Orleans, LA 70170<br><br>*Attorneys for Defendant-Counterclaimant Enwave Las Vegas LLC* |
| DATED this 23rd day of April, 2021.<br><br>SANTORO WHITMIRE<br><br>/s/: Matthew Brigman<br>JAMES E. WHITMIRE, ESQ. (6533)<br>10100 W. Charleston Blvd., Suite 250<br>Las Vegas, Nevada 89135<br><br>LAWRENCE SLOVENSKY, ESQ.<br>(Pro Hac Vice)<br>KING & SPALDING LLP<br>1180 Peachtree St. NE<br>Atlanta, GA, 30309<br><br>*Attorneys for Intervenor-Defendant/Counterclaimant Grand Canal Shops II, LLC* | |

**ORDER**

IT IS SO ORDERED. DATED: April 30, 2021.

_____
Honorable Magistrate Judge Brenda Weksler
**United States Magistrate Judge**

