**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER (Nevada Bar No. 7332)
Email: mfeder@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009

**MINTZ & GOLD, LLP**
PETER GUIRGUIS (Admitted Pro Hac Vice)
Email: guirguis@mintzandgold.com
SCOTT KLEIN (Admitted Pro Hac Vice)
Email: klein@mintzandgold.com
600 Third Avenue
New York, NY 10016
Tel: (212) 696-4848
Fax: (212) 696-1231

*Attorneys for Venetian Casino Resort, LLC and Interface Group-Nevada, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VENETIAN CASINO RESORT, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ENWAVE LAS VEGAS LLC, a Delaware limited liability company,<br><br>Defendant.<br><br>ENWAVE LAS VEGAS LLC, a Delaware limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>VENETIAN CASINO RESORT, LLC, a Nevada limited liability company, and INTERFACE GROUP-NEVADA, INC., a Nevada corporation,<br><br>Counterdefendants. | Case No. 2:19-cv-01197-JCM-DJA<br><br>**STIPULATION AND [PROPOSED] ORDER FOR AN EXTENSION OF TIME FOR VCR AND INTERFACE TO RESPOND TO GCS'S AMENDED COUNTERCLAIM**<br><br>**[FOURTH REQUEST]** |



1

> GRAND CANAL SHOPS II, LLC, a
> Delaware limited liability company,
>
> Counterclaimant,
>
> v.
>
> VENETIAN CASINO RESORT, LLC, a
> Nevada limited liability company
>
> Counterdefendant.[1]

Plaintiff/Counterdefendant VENETIAN CASINO RESORT, LLC, ("VCR") and Counterdefendant INTERFACE GROUP-NEVADA, INC. ("Interface," collectively with VCR, "Venetian Parties"), by and through their counsel of record the law firms of Dickinson Wright PLLC and Mintz & Gold, LLP, Defendant/Counterclaimant ENWAVE LAS VEGAS LLC ("Enwave"), by and through its counsel of record the law firms of Brownstein Hyatt Farber Schreck, LLP and Baker Donelson Bearman Caldwell & Berkowitz, PC, and Intervenor GRAND CANAL SHOPS II, LLC ("GCS"), by and through its counsel of record the law firms of King & Spalding LLP and Santoro Whitmire, hereby stipulate and agree, subject to this Court's approval, pursuant to Local Rule 7-1 and Local Rule IA 6-1 to extend the deadline for the Venetian Parties to file a response to GCS's Amended Counterclaim (current deadline is May 18, 2021), as follows:

1. On January 11, 2021, GCS filed its Counterclaim against Enwave (ECF No. 68);
2. On January 26, 2021, the Court approved the Parties' Stipulated Discovery Plan and Scheduling Order, providing for Enwave to respond and produce documents in response to the Venetian Parties' discovery requests by February 19, 2021 (ECF No. 72);
3. On February 1, 2021, the Parties filed a Stipulation and Proposed order for Extension of time for Enwave to respond to GCS's Counterclaim (ECF No. 74) ("First Stipulation");
4. On February 1, 2021, the Venetian Parties filed a Motion to Strike GCS's

---

[1] The Venetian Parties object to the caption as incorrectly listing VCR as the Counter Defendant.



2



Counterclaim and to Revoke GCS's Intervenor Status (ECF No. 75);

5. The Court approved the First Stipulation, providing Enwave until February 11, 2021, to respond to GCS's Counterclaim (ECF No. 76);

6. On February 10, 2021, GCS filed its Amended Counterclaim (ECF No. 77);

7. On February 16, 2021, GCS filed its Response to the Venetian Parties' Motion to Strike (ECF No. 78);

8. Enwave then requested additional time to respond and produce documents in response to the Venetian Parties' Rule 34 discovery requests and the Venetian Parties, as a professional courtesy, agreed to the same, contingent upon GCS agreeing to an extension of the deadline for the Venetian Parties to file the Reply in support of the Motion to Strike and the deadline to file any new motion to strike with respect to GCS's Amended Counterclaim, to which GCS agreed;

9. On February 23, 2021, the parties filed a stipulation and proposed order to extend (a) the deadline for Enwave to respond and produce documents in response to the Venetian Parties' Rule 34 discovery requests, and to respond to GCS's Amended Counterclaim, to March 22, 2021; (b) the deadline for the Venetian Parties to file a response to GCS's Amended Counterclaim to April 13, 2021; and (c) the deadline for the Venetian Parties to file a Reply in support of the Motion to Strike GCS's Counterclaim to April 13, 2021. (ECF No. 79);

10. On February 25, 2021, the Honorable Magistrate Judge Brenda Weksler approved the parties' February 23, 2021 stipulation (the "Stipulated Order"). (ECF No. 80.) To give the Venetian Parties the opportunity to review Enwave's document production prior to further briefing, the Stipulated Order provided for (a) Enwave to respond and produce documents in response to the Venetian Parties' Rule 34 discovery requests, and to respond to GCS's Amended Counterclaim, by March 22, 2021; (b) for the Venetian Parties to file any motion to strike GCS's Amended Counterclaim by April 13, 2021; and (c) for the Venetian Parties to file a Reply Brief in support of its Motion to Strike by April 13, 2021;

11. On March 22, 2021, Enwave filed its Answer to GCS's Amended Counterclaim



3

(ECF No. 83);

12. On March 22, 2021, Enwave also served responses and made a document production in response to the Venetian Parties' discovery requests;

13. On March 23, 2021, a dispute arose regarding the sufficiency of the production, which the parties believe can be resolved with additional time for Enwave to serve a supplmental production rather than involving the Court at this juncture;

14. On April 13, 2021, the parties agreed to an extension of the deadline for Enwave to supplement its response to the Venetian Parties' Rule 34 discovery requests to April 27, 2021. The parties also agreed to extend the Venetian Parties' deadline to file any motion to strike GCS's Amended Counterclaim (ECF No. 77) and extending the Venetian Parties' deadline to file a Reply Brief in support of its Motion to Strike to May 18, 2021 (ECF No. 84);

15. On May 10, 2021, the Honorable Magistrate Judge Brenda Weksler approved the parties' stipulation extending the time for: (a) Enwave to supplement its discovery responses by April 27, 2021 (ECF No. 92), (b) the Venetian Parties to file its reply brief in support of its Motion to Strike GCS's Counterclaim and Motion to Revoke GCS's status as Intervenor by May 18, 20 (ECF No. 93), and (c) the Venetian Parties to file any motion to strike GCS's Amended Counterclaim by May 18, 2021 (ECF No. 90);

16. On May 12, 2021, the Venetian Parties requested from GCS an additional extension of time in which to: (a) a file their reply brief in support of its Motion to Strike GCS's Counterclaim and Motion to Revoke GCS's status as Intervenor, and (b) file any motion to strike GCS's Amended Counterclaim;

17. As a professional courtesy, GCS agreed that the Venetian Parties could have an additional seven (7) days in which to: (a) a file their reply brief in support of its Motion to Strike GCS's Counterclaim and Motion to Revoke GCS's status as Intervenor, and (b) file any motion to strike GCS's Amended Counterclaim. That extension would bring the deadline for both filings to May 25, 2021;

18. Accordingly, the Venetian Parties and GCS hereby stipulate, subject to the

Court's approval, that the Venetian Parties shall file any motion to strike GCS's Amended Counterclaim by June 14, 2021. This is the fourth request to extend the foregoing deadlines, and all parties submit that good cause exists for these extensions and that they are not intended for purposes of delay.

| DATED this 25th day of May, 2021. | DATED this 25th day of May, 2021. |
|---|---|
| DICKINSON WRIGHT PLLC | SANTORO WHITMIRE |
| /s/: Michael N. Feder<br>MICHAEL N. FEDER, ESQ. (NBN 7332)<br>3883 Howard Hughes Parkway, Suite 800<br>Las Vegas, Nevada 89169<br><br>PETER GUIRGUIS, ESQ. (Pro Hac Vice)<br>SCOTT KLEIN, ESQ. (Pro Hac Vice)<br>MINTZ & GOLD, LLP<br>600 Third Avenue<br>New York, NY 10016<br><br>*Attorneys for Plaintiff-Counterdefendant Venetian Casino Resort, LLC and Counterdefendant Interface Group-Nevada, Inc.* | /s/: Lawrence Slovensky<br>JAMES E. WHITMIRE, ESQ. (6533)<br>10100 W. Charleston Blvd., Suite 250<br>Las Vegas, Nevada 89135<br><br>LAWRENCE SLOVENSKY, ESQ.<br>(Pro Hac Vice)<br>KING & SPALDING LLP<br>1180 Peachtree St. NE<br>Atlanta, GA, 30309<br><br>*Attorneys for Intervenor-Defendant/Counterclaimant Grand Canal Shops II, LLC* |
| DATED this 25th day of May, 2021.<br><br>BROWNSTEIN HYATT FARBER SCHRECK, LLP<br><br>/s/: Matthew A. Woolf<br>ADAM K. BULT, ESQ. (NBN 9332)<br>EMILY A. ELLIS, ESQ. (NBN 11956)<br>100 North City Parkway, Suite 1600<br>Las Vegas, NV 89106-4614<br><br>MATTHEW A. WOOLF, ESQ.<br>(Pro Hac Vice)<br>BAKER DONELSON BEARMAN CALDWELL & BERKOWITZ PC<br>201 St. Charles Avenue, Suite 3600<br>New Orleans, LA 70170 | |

**<u>Order</u>**

**IT IS SO ORDERED**

**DATED:** 6:36 pm, May 27, 2021

**BRENDA WEKSLER**
**UNITED STATES MAGISTRATE JUDGE**

