**DICKINSON WRIGHT PLLC**
MICHAEL N. FEDER (Nevada Bar No. 7332)
Email: mfeder@dickinson-wright.com
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169
Tel: (702) 550-4400
Fax: (844) 670-6009

**MINTZ & GOLD, LLP**
PETER GUIRGUIS (Admitted Pro Hac Vice)
Email: guirguis@mintzandgold.com
SCOTT KLEIN (Admitted Pro Hac Vice)
Email: klein@mintzandgold.com
600 Third Avenue
New York, NY 10016
Tel: (212) 696-4848
Fax: (212) 696-1231

*Attorneys for Venetian Casino Resort, LLC and Interface Group-Nevada, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VENETIAN CASINO RESORT, LLC, a Nevada limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>ENWAVE LAS VEGAS LLC, a Delaware limited liability company,<br><br>Defendant.<br><br>ENWAVE LAS VEGAS LLC, a Delaware limited liability company,<br><br>Counterclaimant,<br><br>v.<br><br>VENETIAN CASINO RESORT, LLC, a Nevada limited liability company, and INTERFACE GROUP-NEVADA, INC., a Nevada corporation,<br><br>Counterdefendants. | Case No. 2:19-cv-01197-JCM-DJA<br><br>**PARTIES JOINT NOTICE IN COMPLIANCE WITH MAGISTRATE ORDER [ECF No. 96] AND STIPULATION TO WITHDRAW MOTION TO STRIKE [ECF No. 75] AS MOOT** |



GRAND CANAL SHOPS II, LLC, a
Delaware limited liability company,

Counterclaimant,

v.

VENETIAN CASINO RESORT, LLC, a
Nevada limited liability company

Counterdefendant.[1]

Plaintiff/Counterdefendant VENETIAN CASINO RESORT, LLC, ("VCR") and Counterdefendant INTERFACE GROUP-NEVADA, INC. ("Interface," collectively with VCR, "Venetian Parties"), by and through their counsel of record the law firms of Dickinson Wright PLLC and Mintz & Gold, LLP, Defendant/Counterclaimant ENWAVE LAS VEGAS LLC ("Enwave"), by and through its counsel of record the law firms of Brownstein Hyatt Farber Schreck, LLP and Baker Donelson Bearman Caldwell & Berkowitz, PC, and Intervenor GRAND CANAL SHOPS II, LLC ("GCS"), by and through its counsel of record the law firms of King & Spalding LLP and Santoro Whitmire, hereby provide notice in compliance with the Court's Order dated May 21, 2021 (ECF No. 96), as follows:

1. The parties agree to the withdrawal of the Venetian Parties' motion to strike (ECF No. 75) GCS's original counterclaim against Enwave for declaratory judgment (ECF No. 68), as that branch of the motion has been rendered moot. The parties acknowlege that by doing so, theVenetian Parties are not withdrawing the branch of their motion that sought to revoke GCS's status as intervenor in this action (ECF No. 75) and, further, that the Venetian Parties expressly reserve all rights to file a new motion to strike GCS's amended counterclaims and that GCS expressly reserves all rights and defenses in response to any such new motion.

2. By way of stipulation separately filed today, the parties have also agreed to further extend the Venetian Parties' time to move to strike GCS's amended counterclaims.

---

[1] The Venetian Parties object to the caption as incorrectly listing VCR as the Counter Defendant.

DATED this 25th day of May, 2021.

DICKINSON WRIGHT PLLC

 /s/: Michael N. Feder
MICHAEL N. FEDER, ESQ. (NBN 7332)
3883 Howard Hughes Parkway, Suite 800
Las Vegas, Nevada 89169

PETER GUIRGUIS, ESQ. (Pro Hac Vice)
SCOTT KLEIN, ESQ. (Pro Hac Vice)
MINTZ & GOLD, LLP
600 Third Avenue
New York, NY 10016

*Attorneys for Plaintiff-Counterdefendant Venetian Casino Resort, LLC and Counterdefendant Interface Group-Nevada, Inc.*

DATED this 25th day of May, 2021.

SANTORO WHITMIRE

 /s/: Lawrence Sloven sky
JAMES E. WHITMIRE, ESQ. (6533)
10100 W. Charleston Blvd., Suite 250
Las Vegas, Nevada 89135

LAWRENCE SLOVENSKY, ESQ.
(Pro Hac Vice)
KING & SPALDING LLP
1180 Peachtree St. NE
Atlanta, GA, 30309

*Attorneys for Intervenor-Defendant/Counterclaimant Grand Canal Shops II, LLC*

DATED this 25th day of May, 2021.

BROWNSTEIN HYATT FARBER SCHRECK, LLP

 /s/: Matthew A. Woolf
ADAM K. BULT, ESQ. (NBN 9332)
EMILY A. ELLIS, ESQ. (NBN 11956)
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
MATTHEW A. WOOLF, ESQ.
(Pro Hac Vice)
BAKER DONELSON BEARMAN
CALDWELL & BERKOWITZ PC
201 St. Charles Avenue, Suite 3600
New Orleans, LA 70170

*Attorneys for Defendant-Counterclaimant Enwave Las Vegas LLC*

## **ORDER**

    IT IS SO ORDERED .

    Dated: May 27, 2021.

_____
Honorable Magistrate Judge Brenda Weksler
**United States Magistrate Judge**



3